UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILLIE AMELIA NEAL,

                            Plaintiff,

    v.                                7:11-CV-0297

PAMELA ANN NEAL,
CITY OF OGDENSBURG
POLICE DEPARTMENT,
OFFICER BOUCHARD,
OFFICER WESLOTT,
OFFICER LA CLAIR,
and OFFICER SLATER

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       This matter brought pursuant to 42 U.S.C. § 1983, 1985(3), 1986, and 18 U.S.C. § 242 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rules 72.3(c).

       No objections to the December 15, 2011 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated herein.

       It is, therefore, ORDERED that:

       Plaintiff's amended complaint is dismissed in its entirety.

IT IS SO ORDERED.

Dated: February 8, 2012

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge